

ELLIOT ENOKI
United States Attorney
District of Hawaii

THOMAS MUEHLECK
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorneys
Suite 6100, Box 50183
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00265 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. § 841(a)(1) & 846; |
| v. | ) | 18 U.S.C. §§ 922(k), 924(a)(1) |
| | ) | (B) & 2; 26 U.S.C. §§ 5841, |
| VON NELSON, (01), | ) | 5861(d) & 5871] |
| GORDON HILL, (02), | ) | |
| SINAPATI SAITAUA, (03), | ) | |
|   a.k.a. "Itai," | ) | |
| GORDON WAT, (04), | ) | |
| JESSICA TRAVIS, (05), | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

From a date unknown, but from at least on or about June 1, 2001, to on or about July 1, 2001, in the District of Hawaii, the defendants VON NELSON, GORDON HILL, SINAPATI SAITAUA, a.k.a. "ITAI", GORDON WAT, and JESSICA TRAVIS, did conspire together with each other and with others known and unknown to the grand

jury, to knowingly and intentionally distribute and possess with intent to distribute a quantity of crystal methamphetamine-"ice," in excess of fifty (50) grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the defendants performed overt acts in the District of Hawaii, including but not limited to the following:

1. On or about June 14, 2001, defendant VON NELSON, distributed a quantity of crystal methamphetamine-"ice," to another person for $350.00 in United States currency.

2. On or about June 18, 2001, defendant VON NELSON, distributed a quantity of crystal methamphetamine-"ice," to another individual for $350.00 in United States currency.

3. On or about June 22, 2001, defendant VON NELSON, distributed a quantity of crystal methamphetamine-"ice," to another individual for $700.00 in United States currency.

4. On or about June 29, 2001, defendants VON NELSON GORDON HILL and GORDON WAT, obtained a large quantity of crystal methamphetamine-"ice," which the defendants held for distribution in ounce and grams quantities.

5. On or about June 30, 2001, defendants VON NELSON and JESSICA TRAVIS, stored approximately two pounds of crystal methamphetamine-"ice," in a house at 740-A Piikoi Street in Honolulu, Hawaii.

6. On or about June 30, 2001, defendant SINAPATI SAITAUA, a.k.a. "Itai," stored a quantity of crystal methamphetamine-"ice," in his residence in Honolulu, Hawaii, for safekeeping for defendant GORDON HILL.

7. On or about June 30, 2001, defendant GORDON WAT, stored a quantity of crystal methamphetamine-"ice," in his residence in Pearl City, Hawaii.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges that:

On or about June 14, 2001, in the District of Hawaii, defendant VON NELSON, did knowingly and intentionally distribute a quantity of crystal methamphetamine-"ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

The Grand Jury further charges that:

On or abut June 18, 2001, in the District of Hawaii, defendant VON NELSON, did knowingly and intentionally distribute a quantity of crystal methamphetamine-"ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

The Grand Jury further charges that:

On or about June 22, 2001, in the District of Hawaii, defendant VON NELSON, did knowingly and intentionally distribute a quantity of crystal methamphetamine-"ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 5

The Grand Jury further charges that:

On or about June 30, 2001, in the District of Hawaii, defendants VON NELSON and JESSICA TRAVIS, knowingly and intentionally possessed with intent to distribute a quantity of crystal methamphetamine-"ice," in excess of 50 grams, to wit, approximately two pounds of crystal methamphetamine-"ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 6

The Grand Jury further charges that:

On or about June 30, 2001, in the District of Hawaii, defendants GORDON HILL and SINAPATI SAITAUA, a.k.a. "Itai," knowingly and intentionally possessed with intent to distribute a quantity of crystal methamphetamine-"ice," in excess of 50 grams, to wit, approximately 1-1/2 pounds of crystal methamphetamine-"ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 7

The Grand Jury further charges that:

On or about June 30, 2001, in the District of Hawaii, defendant SINAPATI SAITAUA, a.k.a. "Itai," knowingly and intentionally possessed with intent to distribute a quantity of cocaine in excess of 500 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 8

The Grand Jury further charges that:

On or about June 30, 2001, in the District of Hawaii, defendant GORDON WAT, knowingly and intentionally possessed with intent to distribute a quantity of crystal methamphetamine-"ice," in excess of 50 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 9

The Grand Jury further charges that:

On or about June 30, 2001, in the District of Hawaii, defendant VON NELSON, knowingly possessed in and affecting interstate commerce a firearm, that is, a Heckler and Koch .45 caliber semi-automatic pistol, from which the manufacturer's serial number had been obliterated.

In violation of Title 18, United States Sections 922(k) and 924(a)(1)(B).

## COUNT 10

The Grand Jury further charges that:

On or about June 30, 2001, in the District of Hawaii, defendant VON NELSON, knowingly possessed a firearm, that is, a Remington 12 gauge shotgun, Model 1100, with a barrel length less than 18 inches, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

DATED: July 5, 2001, Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

_____
BEVERLEY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Nelson, et. al.,
CR. NO._____
Indictment

7