IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 01-00265HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| SINAPATI SAITAUA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I, THOMAS C. MUEHLECK, ESQ., Assistant U.S. Attorney, the

designated Court custodian of all exhibits, acknowledge receipt of all of the

Government exhibits 1 & 2  admitted in evidence at sentencing.


DATED:    Honolulu, Hawaii, _____8/30/06_____.




_____
Signature


Attorney for: UNITED STATES OF AMERICA